CORNELL v. HUBER.

(Supreme Court, Appellate Division, Second Department. March 8, 1905.)

INNKEEPER—REFUSAL OF PRIVILEGES OF A GUEST.
  An innkeeper is liable at common law to one to whom he refuses the privileges of a guest.

  [Ed. Note.—For cases in point, see vol. 27, Cent. Dig. Innkeepers, §§ 10, 11.]

Appeal from Special Term, Queens County.

Action by William Cornell against George H. Huber. From a judgment sustaining a demurrer to the complaint, plaintiff appeals. Reversed.

Argued before HIRSCHBERG, P. J., and BARTLETT, WOODWARD, HOOKER, and MILLER, JJ.

J. Wilson Bryant, for appellant.
M. Strassman, for respondent.

WOODWARD, J. The complaint clearly is an action to recover on the common-law liability of an innkeeper to one who has been refused the privileges of a guest. The learned Special Term evidently treated it as an action for a penalty under the civil rights act (chapter 1042, p. 974, Laws 1895), and disposed of it on the authority of Lewis v. Hitchcock (D. C.) 10 Fed. 4. The common-law liability of an innkeeper, under the circumstances disclosed by this complaint, is fully recognized in Grinnell v. Cook, 3 Hill, 485, 38 Am. Dec. 663, and the subject is treated at length in People v. King, 110 N. Y. 418 et seq., 18 N. E. 245, 1 L. R. A. 293, 6 Am. St. Rep. 389.

I advise that the interlocutory judgment be reversed, with costs, and that the defendant be allowed 20 days in which to answer. All concur; HOOKER, J., not voting.